UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAL BAHADUR SUNAR,<br><br>                          Petitioner,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>                          Respondents. | Case No.: 20-cv-2327-DMS-KSC<br><br>**ORDER REQUESTING STATUS REPORT** |

   Pending before the Court is Petitioner Dal Bahadur Sunar's petition for a writ of habeas corpus.  (ECF No. 1.)  Petitioner, a citizen of Nepal, claims the United States has failed to execute Petitioner's final removal order for six months.  (*Id.* at 1.)

   On December 30, 2020, Respondents filed their return to the petition.  (ECF No. 3.) Respondents contend Petitioner's removal is reasonably foreseeable because he has been issued a travel document valid through February 16, 2021, and a charter flight for removal of Nepalese detainees is scheduled in January 2021.  (*Id.* at 4.)  On January 13, 2021, Petitioner filed his traverse, in which he requests the Court hold his petition in abeyance pending his potential removal and order Respondents to file a status report in February. (ECF No. 4 at 2.)  Petitioner asserts that if he is removed, his petition will be rendered moot.  (*Id.*)

1 | Accordingly, the Court ORDERS Respondents to file a status report on or before
2 | February 17, 2021, indicating whether Petitioner has been removed from the United States.
3 | **IT IS SO ORDERED.**

5 | Dated: January 20, 2021

_____
Hon. Dana M. Sabraw
United States District Judge