# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAL BAHADUR SUNAR,<br><br>                        Petitioner,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>                        Respondents. | Case No.: 20-cv-2327-DMS-KSC<br><br>**ORDER DISMISSING CASE** |

      Pending before the Court is Petitioner Dal Bahadur Sunar's petition for a writ of habeas corpus. (ECF No. 1.) Petitioner, a citizen of Nepal, claims the United States has failed to execute Petitioner's final removal order for over six months. (*Id.* at 1.)

      On February 17, 2021, Respondents filed a status report pursuant to the Court's January 20, 2021 Order. (ECF No. 7; *see* ECF No. 5.) According to the status report, Petitioner's removal order was executed when he was removed from the United States on January 12, 2021. (ECF No. 7.) Respondents submit a declaration from Assistant U.S. Attorney Morgan P. Suder and a Department of Homeland Security Form I-296 verifying Petitioner's removal. (ECF No. 7-1.)

      Given Petitioner's removal from the United States, Respondents therefore request the Court dismiss this case as moot. Petitioner previously asserted that if he were to be removed, his petition would be rendered moot. (ECF No. 4 at 2.) The Court agrees

Petitioner's deportation moots his petition. *See Abdahllah v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007).

Accordingly, the Court DISMISSES the petition as moot. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 17, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court