

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Dal Bahadur Sunar

Plaintiff,

V.

See attachment

Defendant.

Civil Action No. 20-cv-02327-DMS-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES the petition as moot. The Clerk of Court is directed to close the case.

Date: 2/22/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler

M. Exler, Deputy